UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-8-20

United States of America,

**ORDER**

**19-CR-164 (ALC)**

-against-

Robert Alexander,

Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **January 8, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
      December 30, 2019

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE