
MEMO ENDORSED

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9536
bjacobs@maglaw.com

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M. CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-20

<u>By ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: <u>United States v. Robert Alexander</u>, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Mr. Alexander, as we discussed in Court yesterday during Mr. Alexander's guilty plea proceeding, I respectfully submit this letter to request a modification to the conditions of his pretrial release.

Previously, during the status conference before the Court on May 9, 2019, the Court modified the conditions of Mr. Alexander's release and added the condition that Mr. Alexander shall not communicate with any potential witness or potential victim in this case (the "May 9 Order"). Shortly thereafter, in an Order filed on May 15, 2019, the Court clarified that the May 9 Order did not apply to bar Mr. Alexander from communicating with his parents or children.

As we discussed in Court yesterday following Mr. Alexander's guilty plea, as we begin preparing for Mr. Alexander's sentencing, we respectfully request that the Court further modify the conditions of Mr. Alexander's release to permit Mr. Alexander to communicate with any other individuals with whom communications would otherwise be barred by the May 9 Order so long as such communications take place in my presence, as Mr. Alexander's counsel.

The government represented in Court that it had no objection to this request. My colleague contacted Mohammed Ahmed of the Pretrial Services Office in the Southern District of New York, who indicated that he takes no position on this request. On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,

Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by ECF)
Assistant U.S. Attorney Margaret Graham (by ECF)
Mohammed Ahmed, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is ✓ granted.
___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 13, 2020
NY, New York