USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1.13.20

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                      **ORDER**

                                      **19-CR-164 (ALC)**

-against-

Robert Alexander,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

The Jury Selection & Trial scheduled for February 24, 2020 is adjourned without a date.

**SO ORDERED.**

Dated: New York, New York
       January 13, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**