USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                          **ORDER**

                                                          19-CR-164 (ALC)

               -against-

Robert Alexander,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference scheduled for February 20, 2020 **is adjourned without a date.**

**SO ORDERED.**

Dated: New York, New York
       February 13, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE