# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
(212) 880-9536

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 20, 2020

**By Email**  MEMO ENDORSED

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/21/20

Re: United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request, with no objection from the Government and the Pretrial Services Office for the Southern District of New York, that Mr. Alexander be permitted to travel to attend his cousin's funeral in Georgia this coming weekend. The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, Eastern District of New York, and the District of New Jersey. He intends to fly to Jacksonville, Florida, tomorrow, and drive to the funeral in Georgia, and thus needs permission to travel to the Middle District of Florida, the Southern District of Georgia, and points in between, during the period from March 21-24, 2020.

On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,

/s

Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by Email)
Assistant U.S. Attorney Margaret Graham (by Email)
Mohammed Ahmed, U.S. Pretrial Services Office, Southern District of New York (by Email)

3/21/20

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE