# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M. CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 9, 2020

**By Email**

MEMO ENDORSED

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request that Mr. Alexander be permitted to travel to Chicago, Illinois from April 10-24, 2020 to attend his father's funeral. The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, Eastern District of New York, and the District of New Jersey. He intends to fly to Chicago, Illinois on April 10, 2020 to attend his father's funeral and will stay at the residence of his friend whose contact information was provided to Pretrial Services through no later than April 24, 2020. He thus needs permission to travel to the Northern District of Illinois from April 10-24, 2020. The name of the person with whom Mr. Alexander will be staying with in Chicago has been disclosed to both Pretrial Services and the Government. Additionally, I note that on April 8 and 9, 2020, I disclosed to Pretrial Services and the Government that Mr. Alexander, following his father's death, appears to have had brief communications with individuals who he is prohibited from communicating with under the conditions of his pretrial release ordered by the Court on January 13, 2020. I am working to obtain additional information and records regarding these communications, and will review that information as soon as practicable. There is no objection from the Government and the Pretrial Services Office for the Southern District of New York to this request to travel.

  On behalf of Mr. Alexander, I thank the Court for its consideration of these requests.

          Respectfully submitted,
             /s
          Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by Email)
   Assistant U.S. Attorney Margaret Graham (by Email)
   Mohammed Ahmed, U.S. Pretrial Services Office, Southern District of New York (by Email)

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/10/20

Travel approved