# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/2020

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M. CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 7, 2020

**By Email**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

I write on behalf of Robert Alexander, in a request joined by the Government, to request that the Court adjourn Mr. Alexander's sentencing scheduled for May 7, 2020, in light of the unique and challenging circumstances created by the COVID-19 pandemic, and set a control date of June 8, 2020, at which time Mr. Alexander will inform the Court as to whether Mr. Alexander requests that the Court schedule a date for a *Fatico* hearing, a sentencing date, or another control date depending on the state of the COVID-19 pandemic at that time.

On behalf of Mr. Alexander, I thank the Court for its consideration of this requests.

Respectfully submitted,
/s
Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by Email)
Assistant U.S. Attorney Margaret Graham (by Email)
Mohammed Ahmed, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is **GRANTED.** Sentencing **ADJOURNED** to **June 8, 2020 at 2:00 pm.**
Dated: April 13, 2020

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE