# PETER J. GLEASON, PC

PETER J. GLEASON
ATTORNEY AT LAW

MEMO ENDORSED

935 SOUTH LAKE BLVD.
SUITE 17
MAHOPAC, NEW YORK 10541
(646) 872-3546
FAX: (212) 431-3378
PJGLEASON@AOL.COM

August 20, 2020

**By ECF**

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-27-20

Re: **USA v Alexander, 19-CR-164-ALC**

Dear Judge Carter,

I am counsel to Mr. Alexander in SEC v. Alexander, 19 Civ. 1161 (KPF). I write to request a modification of the conditions of Mr. Alexander's release.

By order dated January 13, 2020 ("January 13 Order"), this Court provided that Mr. Alexander was permitted to communicate with any other individuals with whom communications would otherwise be barred by the Court's earlier order of May 9, 2019, so long as the communications took place in the presence of Brian Jacobs, who is counsel to Mr. Alexander in the criminal case.

I respectfully request that the Court modify the January 13 Order to provide that any communications permitted by that Order in Mr. Jacobs's presence would likewise be permitted if they took place in my presence, instead of Mr. Jacobs, to the extent the communications are in furtherance of my representation of Mr. Alexander in the civil case.

AUSA Elisha Kobre has confirmed that the government has no objection to this requested modification."

Thank you in advance for your attention in this matter. I remain

Very Truly Yours,

PETER GLEASON

PJG/ep

The application is ✓ granted.
☐ denied.

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: August 27, 2020
NY, New York