MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___10/2/20___

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

> Re:   United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request, with no objection from the Government and the Pretrial Services Office for the Southern District of New York, that Mr. Alexander be permitted to travel to Las Vegas, Nevada from October 12-16, 2020, and to San Francisco, California from October 16-18, 2020.  The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey.  He intends to fly to Las Vegas, Nevada on October 12, 2020 to attend meetings relating to a new potential business opportunity, as well as to meet with various individuals in connection with preparing his defense in *SEC v. Alexander*, 19 Civ. 1161 (KPF).  Mr. Alexander will be accompanied by Peter Gleason, his counsel in *SEC v. Alexander*, during all of these meetings in Las Vegas.  Additionally, while in Las Vegas, Mr. Alexander intends to visit with his son.  Accordingly, Mr. Alexander needs permission to travel to the District of Nevada during the period from October 12-16, 2020.

Next, Mr. Alexander intends to fly from Las Vegas to San Francisco, California on October 16, 2020 to visit with his daughter, and thus needs permission to travel to the Northern District of California during the period from October 16-18, 2020.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Andrew L. Carter, Jr.
September 30, 2020
Page 2 of 2

On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,
/s
Brian A. Jacobs

cc:   Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
      Assistant U.S. Attorney Margaret Graham (by ECF and Email)
      Mohammed Ahmed, U.S. Pretrial Services Office, Southern District of New York (by Email)

**The application is granted.
So Ordered.**

10/2/20