# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 2, 2020

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/03/2020

Re:   United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request that Mr. Alexander be permitted to travel to Las Vegas, Nevada from December 6-8, 2020, and to Los Angeles, California and San Diego, California from December 8-12, 2020. The Government does not object to this request, on the condition that Mr. Alexander abides by all prior orders of this Court, and the Pretrial Services Office for the Southern District of New York takes no position on this request. The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey. He intends to fly to Las Vegas on December 6, 2020 to attend meetings relating to a potential business opportunity, as well as to meet with various individuals in connection with preparing his defense in *SEC v. Alexander*, 19-CV-1161 (JPC). Mr. Alexander will be accompanied by Peter Gleason, his counsel in *SEC v. Alexander*, during all of these meetings in Las Vegas. Additionally, while in Las Vegas, Mr. Alexander intends to visit with his son. Accordingly, Mr. Alexander needs permission to travel to the District of Nevada during the period from December 6-8, 2020.

Next, Mr. Alexander intends to fly from Las Vegas to Los Angeles on December 8, 2020 to attend meetings relating to a potential business opportunity, meet with individuals in connection with preparing his defense in *SEC v. Alexander*, and meet with his doctors. While in California, Mr. Alexander also intends to travel to San Diego to attend meetings related to a potential business opportunity and to meet with individuals in connection with preparing his

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Andrew L. Carter, Jr.
December 2, 2020
Page 2 of 2

defense in *SEC v. Alexander*. Mr. Alexander will likewise be accompanied by Mr. Gleason during all of these meetings in Los Angeles and San Diego. Thus, Mr. Alexander also needs permission to travel to the Central and Southern Districts of California during the period from December 8-12, 2020.

On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,
/s
Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
Assistant U.S. Attorney Margaret Graham (by ECF and Email)
Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

**The application is granted.**
**So Ordered.**

*[Signature: Andrew L. Carter]*   12/03/2020