**MEMO ENDORSED**

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 5, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/21

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:  <u>United States v. Robert Alexander</u>, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request that Mr. Alexander be permitted to travel to Memphis, Tennessee from January 12-15, 2021, and to Gulfport, Mississippi from January 15-17, 2021. The Government and the Pretrial Services Office for the Southern District of New York do not object to this request. The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey. He intends to fly to Memphis on January 12, 2021 to attend meetings relating to a potential business opportunity. Mr. Alexander will be accompanied by Peter Gleason, his counsel in *SEC v. Alexander*, 19-CV-1161 (JPC), during all of these meetings in Memphis. Accordingly, Mr. Alexander needs permission to travel to the Western District of Tennessee during the period from January 12-15, 2021.

Next, Mr. Alexander intends to drive from Memphis to Gulfport on January 15, 2021 to meet with various individuals in connection with preparing his defense in *SEC v. Alexander*. Mr. Alexander will likewise be accompanied by Mr. Gleason during all of these meetings in Gulfport. Thus, Mr. Alexander needs permission to travel from the Western District of Tennessee to the Southern District of Mississippi, and all points in between, on January 15-17, 2021.

Mr. Alexander's return flight is from New Orleans, Louisiana to Newark, New Jersey on January 17, 2021. This return flight has a connection in Houston, Texas. Therefore, Mr.

Morvillo Abramowitz Grand Iason & Anello P. C.

Hon. Andrew L. Carter, Jr.
January 5, 2021
Page 2 of 2

Alexander needs permission to travel from the Southern District of Mississippi to the District of New Jersey, and all points in between, on January 17, 2021.

    On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,

/s

Brian A. Jacobs

cc:    Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
       Assistant U.S. Attorney Margaret Graham (by ECF and Email)
       Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

**The application is GRANTED.**
**So Ordered.**

*[signature]* 1/6/21