## MEMO ENDORSED

### MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 16, 2021

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/16/21__

Re:   United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On February 11, 2021, the Court granted Robert Alexander's request that he be permitted to travel to Nashville, Tennessee from February 16-18, 2021 (Dkt. 58, "Mr. Alexander's Initial Request"). I respectfully submit this letter to amend Mr. Alexander's Initial Request because, in light of the snow storms that are occurring in Nashville and other parts of the Midwest region, Mr. Alexander has had to cancel his meetings that were scheduled in Nashville during this time period. Accordingly, we request that Mr. Alexander instead be permitted to travel to Nashville from February 23-25, 2021. The Government does not object to this request, and the Pretrial Services Office for the Southern District of New York takes no position on this request.

The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey. As set forth in Mr. Alexander's Initial Request, he intends to fly to Nashville on February 23, 2021 to attend meetings relating to a potential business opportunity, as well as to meet with various individuals in connection with preparing his defense in *SEC v. Alexander*, 19-CV-1161 (JPC). Mr. Alexander will be accompanied by Peter Gleason, his counsel in *SEC v. Alexander*, during all of these meetings in Nashville. Thus, Mr. Alexander needs permission to travel to the Middle District of Tennessee during the period from February 23-25, 2021.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Andrew L. Carter, Jr.
February 16, 2021
Page 2 of 2

On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,
/s
Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
Assistant U.S. Attorney Margaret Graham (by ECF and Email)
Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is **GRANTED**.
So Ordered.

*Andrew L. Carter* 2/16/21