# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

May 6, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-7-21

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On April 28, this Court granted Robert Alexander's travel request, which permitted him to travel to Las Vegas, Nevada, from April 30 through May 4, 2021, and to Los Angeles, California from May 4 through May 9, 2021. Mr. Alexander respectfully requests that the Court extend the permission granted until Wednesday May 12, 2021. A medical issue has come up and Mr. Alexander is being treated by a doctor in California, and the additional days will enable Mr. Alexander to complete that treatment prior to returning to New York. I have communicated with both the government and Pretrial Services and neither has any objection to this request. I thank the Court for its consideration.

Respectfully submitted,
/s
Brian A. Jacobs

cc:    Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
       Assistant U.S. Attorney Margaret Graham (by ECF and Email)
       Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

*The application is granted. So Ordered.*
*/s/ Andrew L. Carter*
*5-7-21*

MEMO ENDORSED