# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

MEMO ENDORSED (top right, faded stamp)

May 19, 2021

**BY ECF AND EMAIL**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-21

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

On behalf of Robert Alexander, I respectfully submit this letter to request that Mr. Alexander be permitted to travel to the following locations, on the dates specified, for three upcoming trips: (a) to Los Angeles, California from May 23 through May 27, 2021; (b) to New Orleans, Louisiana, Gulfport, Mississippi, Tampa, Florida, and Miami, Florida from May 30 through June 8, 2021; and (c) to Las Vegas, Nevada and Los Angeles, California from June 24 through July 1, 2021. The Government and the Pretrial Services Office for the Southern District of New York do not object to this request. The conditions of Mr. Alexander's pretrial release currently restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey.

Mr. Alexander intends to fly to Los Angeles on May 23, 2021 to meet with his eye doctor for his keratoconus (an eye disease), attend meetings relating to a potential business opportunity, and meet with various individuals in connection with preparing his defense in *SEC v. Alexander*, 19-CV-1161 (JPC). Mr. Alexander will be accompanied by Peter Gleason, his counsel in *SEC v. Alexander*, during all meetings in Los Angeles in connection with Mr. Alexander's business opportunity and preparation of his defense in *SEC v. Alexander*. Accordingly, Mr. Alexander needs permission to travel to the Central District of California during the period from May 23 through May 27, 2021.

Additionally, Mr. Alexander intends to fly to New Orleans on May 30, 2021 to meet with various individuals in connection with preparing his defense in *SEC v. Alexander*. Mr.

Alexander also plans to drive from New Orleans to Gulfport, Mississippi on May 31, 2021 to meet with other individuals in connection with preparing his defense in *SEC v. Alexander*. Mr. Alexander then intends to fly from New Orleans to Tampa on June 1, 2021 to attend meetings relating to a potential business opportunity and meet with other individuals in connection with preparing his defense in *SEC v. Alexander*. Next, Mr. Alexander plans to drive from Tampa to Miami on June 4, 2021 to attend meetings relating to a potential business opportunity and meet with other individuals in connection with preparing his defense in *SEC v. Alexander*. Mr. Alexander will be accompanied by Mr. Gleason during all of these meetings. Thus, Mr. Alexander needs permission to travel to the Eastern District of Louisiana, Southern District of Mississippi, and all points in between, during the period from May 30 through June 1, 2021, and to travel to the Middle and Southern Districts of Florida during the period from June 1 through June 8, 2021.

Finally, Mr. Alexander intends to fly to Las Vegas on June 24, 2021 to attend meetings relating to a potential business opportunity and meet with various individuals in connection with preparing his defense in *SEC v. Alexander*. Mr. Alexander will be accompanied by Mr. Gleason during all of these meetings. Also, while in Las Vegas, Mr. Alexander intends to visit with his son. Mr. Alexander then intends to fly from Las Vegas to Los Angeles on June 27, 2021 to meet with his eye doctor for his keratoconus, attend meetings relating to a potential business opportunity, and meet with other individuals in connection with preparing his defense in *SEC v. Alexander*. Again, Mr. Alexander will be accompanied by Mr. Gleason during all meetings in Los Angeles in connection with preparation of Mr. Alexander's defense in *SEC v. Alexander*. Accordingly, Mr. Alexander needs permission to travel to the Central District of California and the District of Nevada during the period from June 24 through July 1, 2021.

On behalf of Mr. Alexander, I thank the Court for its consideration of this request.

Respectfully submitted,
/s
Brian A. Jacobs

cc: Assistant U.S. Attorney Elisha Kobre (by ECF and Email)
Assistant U.S. Attorney Margaret Graham (by ECF and Email)
Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is ✓ granted.
___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: May 20, 2021
NY, New York