# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND
———
COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 16, 2021

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-21

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

> Re:  United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

I am writing to request that defendant Robert Alexander be permitted to travel to Rhode Island from July 23-25, to Las Vegas from July 30 to August 2, and to Los Angeles from August 2-7. The purpose of the Rhode Island trip is to attend a close friend's funeral. The purpose of the Las Vegas trip is to visit his son, see his primary care physician regarding a medical condition, and have meetings relating to a consulting job. The purpose of the Los Angeles trip is for Mr. Alexander to see eye doctors and surgeons in connection with the medical condition we have previously written to the Court about, and to continue visiting with his son, who will travel with him. Neither the government nor Pretrial Services has any objection to this request. I thank the Court for its consideration.

Respectfully submitted,

/s

Brian A. Jacobs

cc:  Assistant U.S. Attorney Margaret Graham (by ECF and Email)
Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is  ✓ granted.
                    ___ denied.

Andrew L. Carter Jr., U.S.D.J.
Dated: 7-16-21
NY, New York