# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>KATHLEEN E. CASSIDY<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>CHRISTOPHER B. HARWOOD<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>TELEMACHUS P. KASULIS<br>KAREN R. KING<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br><br>bjacobs@maglaw.com<br>212-880-9536 | SENIOR COUNSEL<br>PAUL R. GRAND<br><br>COUNSEL<br>JASMINE JUTEAU<br>CURTIS B. LEITNER<br>JACOB W. MERMELSTEIN<br>BRENT M. TUNIS<br>—<br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

July 29, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/30/21__

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

      Re:    <u>United States v. Robert Alexander</u>, 19 Cr. 164 (ALC)

Dear Judge Carter:

      On July 16, 2021, this Court granted defendant Robert Alexander permission to travel to Las Vegas from July 30 to August 2, and to Los Angeles from August 2-7. Among other reasons, the purpose of these trips was to see doctors, and due to a change in Mr. Alexander's medical appointments, Mr. Alexander now solely needs permission to travel to Los Angeles from August 3 to August 11, and will not be traveling to Las Vegas. We write respectfully to request that the Court approve this modification to Mr. Alexander's travel. Neither the government nor Pretrial Services has any objection to this request. I thank the Court for its consideration.

                                   Respectfully submitted,
                                     /s
                                   Brian A. Jacobs

cc:    Assistant U.S. Attorney Margaret Graham (by ECF and Email)
       Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
7/30/21