# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **8/18/21**

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

    Re:    <u>United States v. Robert Alexander</u>, 19 Cr. 164 (ALC)

Dear Judge Carter:

    On August 16, 2021, this Court granted defendant Robert Alexander permission to travel to Tampa, Florida, until August 18, 2021. Mr. Alexander is currently in Florida pursuant to that permission, and I am writing to request that he be permitted to travel to Los Angeles, California, tomorrow (August 18) until August 24. Since his arrival in Florida, Mr. Alexander has been experiencing severe pain relating to the eye condition we have written about previously, and the purpose of the trip to California is so that Mr. Alexander can be seen as soon as possible by his treatment team later this week and/or early next week. In addition, I am writing to request permission for Mr. Alexander to travel to Los Angeles, California, again from August 28 to September 9, to visit with his children there and see his treatment team, in advance of a surgery he anticipates having in early October. Neither the government nor Pretrial Services has any objection to these requests. I thank the Court for its consideration.

                              Respectfully submitted,
                                    /s
                              Brian A. Jacobs

cc:    Assistant U.S. Attorney Margaret Graham (by ECF and Email)
        Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*  8/18/21