**MEMO ENDORSED**

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
212-880-9536

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 15, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/21

**BY ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:   United States v. Robert Alexander, 19 Cr. 164 (ALC)

Dear Judge Carter:

I represent Robert Alexander in the above-referenced case and am writing to request a modification of Mr. Alexander's conditions of release. Following Mr. Alexander's arrest, he was released on a number of conditions, including that his travel be restricted to the Southern and Eastern Districts of New York and the District of New Jersey. Over the past several months, however, due to medical and personal reasons, Mr. Alexander has sought and received permission from this Court to travel to other districts within the continental United States. Mr. Alexander anticipates needing to take additional trips to deal with medical and personal issues in the coming weeks. In order to avoid burdening the Court with further requests, we respectfully request that Mr. Alexander's conditions of release be modified to permit him to travel to any district within the continental United States as long as he seeks and obtains advance approval for the travel from Pretrial Services, and as long as he copies the government on any request to Pretrial Services. Neither the government nor Pretrial Services has any objection to the requested modification. I thank the Court for its consideration.

Respectfully submitted,
/s
Brian A. Jacobs

cc:   Assistant U.S. Attorney Margaret Graham (by ECF and Email)
      Courtney M. DeFeo, U.S. Pretrial Services Office, Southern District of New York (by Email)

**The application is GRANTED.**
So Ordered.

/s/ Andrew L. Carter  9/16/21