```
USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#:
DATE FILED: 1-20-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

ROBERT ALEXANDER,

        Defendant.

------------------------------------------------------------------ x

19-CR-164 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 26, 2022** at **2:15 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:  New York, New York
     January 20, 2022

                 ANDREW L. CARTER, JR.
                 United States District Judge