UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,            :
                                     :
                          **Plaintiff,**        :
                                     :   19-CR-164 (ALC)
      -against-                      :
                                     :   **ORDER**
**ROBERT ALEXANDER,**                :
                                     :
                         **Defendant.**        :
                                     :
------------------------------------------------------------- :
                                                              x

**ANDREW L. CARTER, JR., District Judge:**

      A Telephone Status Conference is set for November 13, 2023 at **12:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **November 8, 2023**

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**