```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-11-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

         -against-

ROBERT ALEXANDER,

                       Defendant.

------------------------------------------------------------- x

19-CR-164 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

A Telephone Status Conference is set for **April 12, 2024** at **12:30 p.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press may attend the telephonic conference by dialing the same number.

SO ORDERED.

Dated:    New York, New York
            April 11, 2024

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge